# Court of Appeals
# of the State of Georgia

ATLANTA,  January 30, 2020

*The Court of Appeals hereby passes the following order:*

**A20A0976. ROBERT TAYLOR v. DOUGLAS R. DAUM.**

Douglas R. Daum sued Robert Taylor, and a jury awarded $6,362.00 in damages. Taylor appeals this ruling. We lack jurisdiction.

As a general rule, a right of direct appeal lies from a final judgment; that is, where the case is no longer pending below. See OCGA § 5-6-34 (a) (1). However, appeals in actions for damages in which the judgment is $10,000.00 or less require compliance with the discretionary appeal statute. OCGA § 5-6-35 (a) (6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). Because the judgment entered was less than $10,000, Taylor was required to file a discretionary application in order to appeal. See *Jennings*, 235 Ga. App. at 357; see also *City of Brunswick v. Todd*, 255 Ga. 448, 448 (339 SE2d 589) (1986). His failure to do so deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/30/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*